UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20mj2126-Reid

UNITED STATES OF AMERICA

v.

WILLIAM MARTINEZ MARTINEZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013? \_\_\_\_\_ Yes \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014? \_\_\_\_\_ Yes \_\_X\_\_ No

                                                Respectfully submitted,

                                                ARIANA FAJARDO ORSHAN
                                                UNITED STATES ATTORNEY

By: _/s/ Lacee Elizabeth Monk_
                                                LACEE ELIZABETH MONK
                                                Assistant United States Attorney
                                                Fla. Bar No. 100322
                                                99 Northeast 4th Street
                                                Miami, FL. 33132-2111
                                                Tel: (305) 961-9427
                                                Fax: (305) 536-4699
                                                Lacee.Monk@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM MARTINEZ MARTINEZ,<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 20mj2126-Reid<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2020,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Possession of Stolen Mail |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Miguel Rivera, Postal Inspector, U.S. Postal Service
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __01/28/2020__

_____
Judge's signature

City and state: __Miami, Florida__

Lisette Reid, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Miguel A. Rivera-Cuadrado, a Postal Inspector with U.S. Postal Inspection Services ("USPIS"), being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Postal Inspector with USPIS and have been so employed since September 2019. I am currently assigned to the Mail Theft/Violent Crimes Team in the USPIS Miami Division. As a Postal Inspector, I investigate crimes involving the U.S. Postal Service ("USPS"), including theft of mail and assaults against USPS employees.

## PURPOSE OF THE AFFIDAVIT

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WILIAM MARTINEZ MARTINEZ ("MARTINEZ") with Possession of Stolen Mail, in violation of Title 18, United States Code, Section 1708.

3. The statements contained in this Affidavit are the result of my own investigation and that of other law enforcement officers. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a criminal complaint against MARTINEZ.

## PROBABLE CAUSE

4. On or about January 27, 2020, the Miami Gardens Police Department ("MGPD") received a call regarding a suspicious person. Specifically, the caller advised that a day or so prior, his video surveillance captured a man stealing mail. The caller advised that he saw the same man today again stealing mail, wearing a blue jean jacket with grey sleeves and a hood, grey sweat pants, and black slippers with socks.

5. MGPD thereafter dispatched an officer to the area. Upon arrival, the officer observed a male, later identified as MARTINEZ, matching the description provided by the caller, who was walking on a sidewalk carrying what appeared to be mail.

6. The officer then approached MARTINEZ, who advised that he was traveling to his home located at 4255 NW 177th Terrace, Miami Gardens, Florida. The officer pointed out to MARTINEZ that his home was in the opposite direction that MARTINEZ was walking. MARTINEZ then contradicted his prior statement and told the officer that he was heading to his aunt's house located at 4175 NW 175th Street, Miami Gardens, Florida.

7. During this time, the officer observed MARTINEZ holding U.S. mail and witnessed MARTINEZ attempt to hide the mail in the front right wheel well of the officer's patrol car.

8. The officer then detained MARTINEZ, retrieved the mail, and read MARTINEZ his *Miranda* rights. MARTINEZ waived his rights and advised the officer that some of the mail belonged to him and his aunt and that he found the rest of the mail while walking.

9. Thereafter, law enforcement examined the mail and discovered that MARTINEZ possessed approximately 30 pieces of mail, of which 23 pieces were first class mail addressed to other individuals. USPIS made contact with two of these individuals (the "Victims"), who lived in the neighborhood where MGPD encountered MARTINEZ, and both Victims advised that they did not authorize MARTINEZ permission to have their mail.

## CONCLUSION

10. Based on my training and experience and the facts detailed above, I respectfully submit that there is probable cause to believe that MARTINEZ did unlawfully have in his

2

possession any letter and mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of any letter box, mail receptacle, and other authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from and out of an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Miguel A. Rivera-Cuadrado
Postal Inspector
U.S. Postal Inspection Service

Sworn to and subscribed before me this 28th day of January, 2020.

_____
HONORABLE LISETTE REID
UNITED STATES MAGISTRATE JUDGE

3